**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 21-10040-JCM |
| **Christian D. Weber and** | : | Chapter 13 |
| **Audrey C. Weber,** | : | |
| Debtors, | : | |
| | : | Docket No.: 136 |
| **Christian D. Weber and** | : | |
| **Audrey C. Weber,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**STATUS REPORT**

    **AND NOW** this 29th day of January 2024**,** come Christian D. Weber and Audrey C. Weber ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on January 26, 2021 (the "Filing Date").

2. On November 1, 2023, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On November 21, 2023, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

    **WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated November 21, 2023.

Date: <u>January 29, 2024</u>                                  <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire

PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors