**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Christian D. Weber and | : | Bankruptcy No: 21-10040-JCM |
| Audrey C. Weber | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 143 |
| | : | |
| Andrew R. Duff, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Andrew R. Duff**
**Incorrect Address:**   **3200 W. Market St. Fairlawn, OH 44333-3335**
**Correct Address:**    **C/O Cedarwood Development Inc. 3200 W. Market St. Fairlawn, OH 44333-3335**

Respectfully Submitted,

Date: August 1, 2024

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors