# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 21-10040-JCM |
| Christian D. Weber and | : | |
| Audrey C. Weber | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 145 |
| | : | |
| Hermitage Commons Retail Associates, L.L.C, | : | |
| Andrew R. Duff, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** **Hermitage Commons Retail Associates, L.L.C. Andrew R. Duff**
**Incorrect Address:** 3200 W. Market St. Fairlawn, OH 44333-3335
**Correct Address:** C/O Cedarwood Development Inc. 3200 W. Market St. Fairlawn, OH 44333-3335

Respectfully Submitted,

Date: <u>August 2, 2024</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors