IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 21-10040 |
| **Christian D. Weber** | : | **Chapter 13** |
| **Audrey C. Weber** | : | **Judge John C. Melaragno** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **Lakeview Loan Servicing, LLC** | : | **Related Document #94 & 115** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Christian D. Weber** | : | |
| **Audrey C. Weber** | : | |
| **William C. Gibi** | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

### AFFIDAVIT OF DEFAULT ON AGREED ORDER
(Docket No. _____)

| | | |
|---|---|---|
| **STATE OF** | ____Texas____ ) | |
| | ) SS | |
| **COUNTY OF** | ____Denton____ ) | |

____Donnyell Williams____ ("Affiant"), being first duly sworn according to law, deposes and says on the basis of personal knowledge:

1. Affiant is an employee of Lakeview Loan Servicing, LLC (the "Creditor") and is competent to testify to the matters stated in this Affidavit. The Creditor has custody of, and maintains records related to, the promissory note and mortgage that are the subject of this bankruptcy action.

2. According to a review of Creditor's records, Audrey C. Weber ("Debtor") and William C. Gibi ("Co-Debtor") failed to comply with the Order entered by the Court on August 30, 2023, a copy of which is attached hereto as Exhibit A, by failing to make timely plan payments in accordance with the Provisional Order. The plan is delinquent in the amount

22-030388_SJW

of $11,450.00. The debtor was to have paid 11 plan payments at $2,850.00 each for September 2023 through July 2024 for a total of $31,350.00 but has only remitted $19,900.00. A copy of the trustee ledger is attached hereto as Exhibit B.

3. The lack of plan payments has resulted in a the loan due becoming post petition delinquent. No funds have been received from the trustee since April 30, 2024.

4. This Affidavit is filed pursuant to the Default paragraph of the Provisional Order. Pursuant to the Provisional Order, the automatic stay will terminate upon the filing of this Affidavit of Default.

_____
Affiant       Donnyell Williams

Subscribed and sworn to before me, a Notary Public, this 21 day of August, 2024.

_____
Notary Public

```
JEANETTA MARIE WILLIS
Notary ID #132859469
My Commission Expires
January 8, 2025
```

22-030388_SJW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 21-10040 |
| **Christian D. Weber** | : Chapter 13 |
| **Audrey C. Weber** | : Judge John C. Melaragno |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Lakeview Loan Servicing, LLC** | : Related Document #94 & 115 |
| Movant, | : |
| vs | : |
| | : |
| **Christian D. Weber** | : |
| **Audrey C. Weber** | : |
| **William C. Gibi** | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF AFFIDAVIT OF DEFAULT ON AGREED ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __08/26/2024__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __08/26/2024__

By: __/s/Stephen R. Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__0075345__
List Bar I.D. and State of Admission

22-030388_SJW

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Daniel P. Foster, Attorney for Debtor and/or Co-Debtor, 1210 Park Avenue, Meadville, PA 16335, dan@mrdebtbuster.com (notified by ecf)

Christian D. Weber and Audrey C. Weber, Debtor and/or Co-Debtor, 460 Collier Road, Mercer, PA 16137 (notified by regular US Mail)

William C. Gibi, Debtor and/or Co-Debtor, 460 Collier Rd., Mercer, PA 16137 (notified by regular US Mail)

22-030388_SJW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 21-10040 |
| Christian D. Weber | Chapter 13 |
| Audrey C. Weber | Judge Carlota M. Bohm |
| | * * * * * * * * * * * * * * * * * |
| Debtor(s) | |
| | |
| Lakeview Loan Servicing, LLC | Date and Time of Hearing |
| Movant, | August 2, 2023 at 01:30 p.m. |
| vs | |
| | Place of Hearing |
| Christian D. Weber | Courtroom B, 54th Floor |
| Audrey C. Weber | U.S. Steel Tower |
| William C. Gibi | 600 Grant Street |
| Ronda J. Winnecour | Pittsburgh, PA 15219 |
| Respondents. | Related Document # 94, 95 |

**STIPULATION AND ORDER FOR SETTLEMENT OF CREDITOR LAKEVIEW LOAN SERVICING, LLC MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY FOR PROPERTY LOCATED AT 460 COLLIER RD., MERCER, PA 16137 (DOCKET # 94)**

This matter coming to be heard on the *Motion for Relief from Stay and Co-Debtor Stay* (Dkt. #94) which was filed in this court by Lakeview Loan Servicing, LLC ("Movant"), Movant and Christian D. Weber and Audrey C. Weber by and through counsel (collectively, "Debtor"), have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant; and Parties stipulate to the following:

1. The Parties agree that the Chapter 13 Plan ("Plan") filed herein on behalf of Debtor provided that said Debtor was to make regular monthly mortgage payments and pre-petition arrearage payments to the Chapter 13 Trustee in a regular monthly fashion.

2. The Parties agree that in breach of said Plan, Debtor failed to make regular monthly payments to the Chapter 13 Trustee resulting in a default to Movant.

3. Debtor has filed an Amended Chapter 13 Plan on August 11, 2023 at Docket No. 106 providing for an increase in plan payments to the Trustee to $2,850.00 per month for the next 60 months.

4. Debtor acknowledges that the increased monthly plan payment of $2,850.00 will be made to the Trustee for the next 28 months beginning with the September 2023 payment.

2

5.  Relief shall be stayed so long as the Debtors make each and every plan proposed payment in the current amount of $2,850.00 in a timely and complete manner beginning with the September 2023 full plan payment stated in the Debtor's plan filed on August 11, 2023.

6.  Should the Debtor default in any plan payment, upon Affidavit of creditor's counsel or the Trustee this Order relief shall be immediately effective without further Order of the Court. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been received by Lakeview Loan Servicing and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records. Additionally, a copy of the Trustee's report showing the default must be attached to the Affidavit.

7.  This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates their case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

8.  If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

Dated: 08/25/2023

BY: /s/Alyk L. Oflazian
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax 614-627-8181
Email: ALOflazian@manleydeas.com
Attorney for Creditor

Dated: 8/25/2023

BY: /s/ Daniel P. Foster
Daniel P. Foster
1210 Park Avenue
Meadville, PA 16335
Email: dan@mrdebtbuster.com
Attorney for Debtor

I do not object to the foregoing Stipulation

/s/ Jim Warmbrodt
Ronda J. Winnecour
Suite 3250, USX Tower

600 Grant Street
Pittsburgh, PA 15219

## ORDER OF COURT

AND NOW, to wit, this 30th day of August, 2023, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

FILED
8/30/23 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Bohm* dmk
CARLOTA M. BOHM, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Daniel P. Foster, Attorney for Debtor and/or Co-Debtor, 1210 Park Avenue, Meadville, PA 16335, dan@mrdebtbuster.com (notified by ecf)

Christian D. Weber and Audrey C. Weber, Debtor and/or Co-Debtor, 460 Collier Road, Mercer, PA 16137 (notified by regular US Mail)

William C. Gibi, Debtor and/or Co-Debtor, 460 Collier Rd., Mercer, PA 16137 (notified by regular US Mail)

Exhibit B

# Case Number 2110040

## Debtor Information

| | |
|---|---|
| Debtor 1 | CHRISTIAN D. WEBER |
| Debtor 2 | AUDREY C. WEBER |

## Trustee Information

| | |
|---|---|
| Trustee | Ronda Winnecour |



**Status**

Trustee Data current as Of  08/19/2024

Total of 1 marked Claim(s)  $8,460.35

Outstanding amount in marked claims  $4,238.24

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Case Number | 2110040 | Filing Fee in Plan | |
| Chapter | 13 | Filing Fee Paid to Date | |
| Case Status | ACTIVE | Date Petition Filed | 01/26/2021 |
| NDC Case Status | Active-Open | Date Plan Filed | 03/01/2021 |
| Balance on Hand | $2,696.06 | First 341 Meeting Date | 03/30/2021 |
| Last Receipt Date | 08/08/2024 | | |
| Last Receipt Amount | $2,850.00 | Date Case Confirmed | 04/01/2021 |
| Last Disbursement Date | 08/08/2024 | Date Case Closed | |
| Percentage to Unsecured | 0.00% | Bar Date | |
| Plan Base | $140,632.00 | Cleared Date | |
| Total Paid into Plan | $77,932.00 | Date First Payment Due | 02/01/2021 |
| Total Paid to all Parties | $75,235.94 | | |
| Total Paid to Creditors | | Confirmation Hearing Date | |
| Delinquency Amount | | Final Report Date | |
| Min To Unsecured | | Show Cause Date | |
| Court Case Number | 21-10040JCM | Probation Date | |
| Unsecured Interest | 0.0000 | Bar Check Flag | False |
| Proposed Length Of Plan | 60 | Disburse Flag | True |
| | | Hold Permanent | 0 |
| Additional Parties In Interest | | Hold Temporary | 0 |

## TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Ronda Winnecour |
| Trustee City | Pittsburgh, PA |
| Amount Paid to Date | $3,561.08 |

## JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | JOHN C. MELARAGNO |
| Court District | Western District of Pennsylvania |
| Court Division | Erie |
| Region | Region 1 |
| Attorney Name | DANIEL P FOSTER ESQ** |
| Attorney Address | FOSTER LAW OFFICES |
| | 1210 PARK AVE |
| | MEADVILLE, PA 16335 |
| Attorney Phone | 8147241165 |
| Attorney Percent | 0.0000 |
| Attorney Pay Level For Percent | 0.0000 |
| Attorney Fee in Plan | |

Attorney Paid to Date

Attorney Fee Paid Outside Plan

## DEBTOR INFORMATION

| | Debtor 1 | | Debtor 2 |
|---|---|---|---|
| Debtor Name | CHRISTIAN D. WEBER | Debtor Name | AUDREY C. WEBER |
| Direct Payment Amt | $2,850.00 | Direct Payment Amt | |
| Direct Payment Frequency | MONTHLY | Direct Payment Frequency | |
| Payroll Deduction Amt | | Payroll Deduction Amt | |
| Payroll Deduction Frequency | | Payroll Deduction Frequency | |

## PLAN STEPS          COURT DOCKET          CASE HISTORY

| START DATE | END DATE | NUMBER OF PAY PERIODS | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|---|---|---|---|---|
| 02/01/2021 | 03/31/2021 | 2 | $2,250.00 | MONTHLY |
| 04/01/2021 | 03/31/2023 | 24 | $2,334.00 | MONTHLY |
| 04/01/2023 | 09/30/2023 | 6 | $2,670.00 | MONTHLY |
| 10/01/2023 | | | $2,850.00 | MONTHLY |

## CUSTOMER CASE TAG

Case Identifier:                          Comment:

Account Ledger | NDC                                                                 https://www.ndc.org/a/portfolio/account-ledger?c=PITT-2110040

# Account Ledger

**Case** 2110040  **Debtor1** CHRISTIAN D. WEBER  **Debtor2** AUDREY C. WEBER  **Trustee** WINNECOUR, RONDA (PITTSBURGH, PA)

**Filter By**  All Claims   All Payees                              Receipts              All Time

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2024 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2850.00 |
| 04/08/2024 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2850.00 |
| 01/30/2024 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2850.00 |
| 11/10/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2850.00 |
| 11/01/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2850.00 |
| 10/05/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2850.00 |
| 09/01/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2800.00 |
| 08/07/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2740.00 |
| 07/10/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2740.00 |
| 05/10/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2740.00 |
| 04/06/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2600.00 |
| 03/10/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2600.00 |
| 02/13/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2600.00 |
| 01/20/2023 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 11/30/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 10/12/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 08/17/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 07/13/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 06/01/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 04/19/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 03/10/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 02/22/2022 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 12/16/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 12/09/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 11/12/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 10/15/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 09/10/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/26/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 06/10/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 05/07/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |
| 04/09/2021 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2334.00 |

# Claim Detail

 NATIONAL DATA CENTER

Case **2110040**  Debtor1 **CHRISTIAN D. WEBER**  Debtor2 **AUDREY C. WEBER**  Trustee **WINNECOUR, RONDA (PITTSBURGH, PA)**

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 4 |
| Claim Description | MORTGAGE REGULAR PAYMENT |
| Claim Type Code | D |
| Class Type Description | SECURED |
| Class Type Code | S |
| Level | 22 |
| Comment | RS/OE~STAYED*PMT/DECLAR-PL*DKT4PMT-LMT*BGN 2/21*FR |
| Collateral Description | 460 COLLIER RD\|MERCER PA 16137 |
| Account Number | ▇▇▇ |
| Reference Number | ▇▇▇ |
| UCI | |
| Claim Start Payment Date | |
| Court Claim Number | 27 |
| Percent Paid | |
| Mortgage Due Date | |
| Final Report Category | Ongoing Mortgage |
| Claim Status Description | |
| Claim Filed Date | 04/06/2021 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $0.00 |
| Scheduled Amount | $134,771.00 |
| Monthly Payment | $1,021.60 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $32,451.25 |
| Principal Owed | $0.00 |
| Principal Due Amount | $10,854.60 |
| Interest Rate % | 0.0000 |
| Interest Paid | $0.00 |
| Interest Due Amount | $0.00 |
| Trustee Percent | 0.0000 |
| Last Payment Amount | 1756.35 |
| Last Payment Date | 04/25/2024 |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | LAKEVIEW LOAN SERVICING LLC |
| Mailing Address | C/O NATIONSTAR MORTGAGE LLC D/B/A M<br>PO BOX 619094<br>DALLAS, TX 75261-9741 |
| Contact Name | /POA 2/22 =CK= |
| Phone Number | (888) 480-2432 |
| Creditor Number | ▇▇▇ |

## FLAGS

| | |
|---|---|
| No Check Indicator | |
| Stop Disburse Indicator | |
| Continuing Indicator | Y - Continuing Debt |
| Reserve Indicator | |

## CUSTOMER CLAIM TAG

**Payment Type**     Claim Identifier:      Comment:

### PAYMENT HISTORY

### CLAIM HISTORY

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 04/25/2024 | 1298386 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1756.35 | $32,451.25 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 02/26/2024 | 1293092 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1746.89 | $30,694.90 |
| 11/27/2023 | 1285153 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $2516.37 | $28,948.01 |
| 10/25/2023 | 1282468 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1257.17 | $26,431.64 |
| 09/26/2023 | 1279756 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1234.06 | $25,174.47 |
| 08/25/2023 | 1276998 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1206.50 | $23,940.41 |
| 07/25/2023 | 1274228 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1205.32 | $22,733.91 |
| 05/25/2023 | 1268551 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1216.35 | $21,528.59 |
| 04/25/2023 | 1265701 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1152.37 | $20,312.24 |
| 03/28/2023 | 1262879 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1150.37 | $19,159.87 |
| 02/23/2023 | 1260116 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1148.18 | $18,009.50 |
| 01/26/2023 | 1257487 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1028.55 | $16,861.32 |
| 12/22/2022 | 1254759 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1026.70 | $15,832.77 |
| 10/25/2022 | 1249212 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1021.90 | $14,806.07 |
| 08/24/2022 | 1243517 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1035.93 | $13,784.17 |
| 07/26/2022 | 1240617 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1031.04 | $12,748.24 |
| 06/27/2022 | 1237664 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1025.45 | $11,717.20 |
| 04/26/2022 | 1231606 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1010.25 | $10,691.75 |
| 03/25/2022 | 1228584 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $999.98 | $9,681.50 |
| 02/23/2022 | 1225638 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $988.06 | $8,681.52 |
| 12/23/2021 | 1219672 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1909.54 | $7,693.46 |
| 11/22/2021 | 1216615 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $935.91 | $5,783.92 |
| 10/25/2021 | 1213576 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $914.13 | $4,848.01 |
| 09/24/2021 | 1210499 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $906.37 | $3,933.88 |
| 08/26/2021 | 1207378 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $876.94 | $3,027.51 |
| 06/25/2021 | 1201045 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $752.22 | $2,150.57 |
| 05/25/2021 | 1197867 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1398.35 | $1,398.35 |