**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTIAN D. WEBER<br>AUDREY C. WEBER<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:21-10040<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 01/26/2021 and confirmed on 04/01/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 77,932.00 |
| Less Refunds to Debtor | | 14.70 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 77,917.30 |
| | | | | |
| Administrative Fees | | | | |
| 　Filing Fee | | 0.00 | | |
| 　Notice Fee | | 0.00 | | |
| 　Attorney Fee | | 4,934.44 | | |
| 　Trustee Fee | | 3,561.08 | | |
| 　Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 8,495.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 1340 | 0.00 | 34,209.55 | 0.00 | 34,209.55 |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 1340 | 12,809.79 | 0.00 | 0.00 | 0.00 |
| 　AMERICREDIT FINANCIAL SVCS INC DBA<br>　　Acct: 0509 | 8,460.35 | 4,442.61 | 964.34 | 5,406.95 |
| 　TOYOTA MOTOR CREDIT CORPORATION<br>　　Acct: 0239 | 19,730.57 | 10,360.68 | 2,248.99 | 12,609.67 |
| | | | | 52,226.17 |
| **Priority** | | | | |
| 　DANIEL P FOSTER ESQ**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　CHRISTIAN D. WEBER<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　CHRISTIAN D. WEBER<br>　　Acct: | 14.70 | 14.70 | 0.00 | 0.00 |
| 　FOSTER LAW OFFICES**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-10040 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   DANIEL P FOSTER ESQ** | 5,000.00 | 4,934.44 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 17,195.61 | 17,195.61 | 0.00 | 17,195.61 |
|     Acct: 352U | | | | |
| | | | | 17,195.61 |
| Unsecured | | | | |
|   AMERICAN HONDA FINANCE CORP* | 3,345.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 8563 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 862.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 1005 | | | | |
|   AT & T MOBILITY II LLC | 1,444.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 3374 | | | | |
|   NPRTO NORTH-EAST LLC | 2,047.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 1744 | | | | |
|   LVNV FUNDING LLC | 443.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 5045 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 5,819.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 5535 | | | | |
|   DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1030 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 9,864.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 2940 | | | | |
|   HERMITAGE COMMONS RETIAL ASSOC | 25,490.25 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 13,863.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 8899 | | | | |
|   KOHLS | 1,933.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 6670 | | | | |
|   NAVIENT CFC | 2,406.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 9975 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 6,135.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 6871 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,186.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 6066 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,902.51 | 0.00 | 0.00 | 0.00 |
|     Acct: 1325 | | | | |
|   RICHARD AND AMY MARANO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHOPIFY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3792 | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 1,950.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 8881 | | | | |
|   LVNV FUNDING LLC | 460.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4637 | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 2,031.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 2281 | | | | |
|   US BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9126 | | | | |
|   USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8193 | | | | |
|   LVNV FUNDING LLC | 1,597.83 | 0.00 | 0.00 | 0.00 |
|     Acct: 3430 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,330.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 9087 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,200.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 1331 | | | | |

| 21-10040 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 4167 | 3,104.34 | 0.00 | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY AMERIC  Acct: 6774 | 1,290.78 | 0.00 | 0.00 | 0.00 |
| THE HUNTINGTON NATIONAL BANK**  Acct: 4616 | 23,834.57 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 7980 | 1,955.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**  Acct: 7903 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERTSON ANSCHUTZ SCHNEID CRAN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BUCKINGHAM DOOLITTLE & BURROUGHS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MANLEY DEAS KOCHALSKI LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW DUFF  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PROGRESSIVE  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA TRUSTEE FOR PHFA**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                             69,421.78

TOTAL CLAIMED
PRIORITY              17,195.61
SECURED               41,000.71
UNSECURED            116.501.17

Date: 10/01/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com